**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6911**

———————

ARTHUR LEE BRANCH,

Plaintiff - Appellant,

versus

RONNIE INGRAM, Officer; DWIGHT KORNEGAY,
Officer,

Defendants - Appellees,

and

LENOIR COUNTY SHERIFF DEPARTMENT; KINSTON
POLICE DEPARTMENT; M. BOWEN, Officer,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-94-202-CT-BO)

———————

Submitted: February 13, 1997    Decided: February 26, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Lee Branch, Appellant Pro Se. Kenneth Ray Wooten, WARD & SMITH, P.A., New Bern, North Carolina, for Appellees.

———————

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Branch v. Ingram</u>, No. CA-94-202-CT-BO (E.D.N.C. Feb. 6 & Aug. 11, 1995; May 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>